UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: __08-3110__    Case Manager: _____

Case Name: __Jon Spengler__ vs. __Worthington Cylinders__

Client's or Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

__Jon Spengler__

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice
■ Appellee   ☐ Respondent  ☐ Intervenor     Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ■

Name: __Gary A. Reeve__    Admitted: __12/22/99__
(Sixth Circuit admission date only)

Signature: __/s/__

Firm Name: __Reeve & Knoll__

Business Address: __98 Hamilton Park__

Suite: _____   City/State/Zip: __Columbus, OH 43203__

Telephone Number: (Area Code) __(614) 228-2050__    Fax: __(614) 228-3320__

Primary E-mail Address: __greeve@reeveknoll.com__

Additional E-mail Address: _____

### CERTIFICATE OF SERVICE

I certify that on __November 3, 2008__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Gary A. Reeve__

6ca-68
9/08