No. 08-3110

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JON SPENGLER, | ) |
|     Plaintiff-Appellee, | ) |
| v. | )    O R D E R |
| WORTHINGTON CYLINDERS, | ) |
|     Defendant-Appellant. | ) |

FILED
Sep 10, 2010
LEONARD GREEN, Clerk

**BEFORE:** SILER, MOORE, and CLAY, Circuit Judges.

    The court having received a petition for rehearing en banc, which was circulated to all active judges of this court, none of whom requested a vote on the suggestion for rehearing en banc, the petition for rehearing has been referred to the original panel.

    The panel has further reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. Accordingly, the petition is denied.

                                    **ENTERED BY ORDER OF THE COURT**

                                            **Leonard Green, Clerk**